ACCEPTED
07-14-00437-CR
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
1/7/2015 5:28:13 PM
Vivian Long, Clerk

# IN THE
## COURT OF APPEALS
### SEVENTH DISTRICT OF TEXAS AT AMARILLO

**No. 07-14-00437-CR**

**KARLA MENDEZ, APPELLANT**

**V.**

**THE STATE OF TEXAS, APPELLEE**

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
1/7/2015 5:28:13 PM
VIVIAN LONG
CLERK

**On Appeal from the County Criminal Court No. 3
Dallas County, Texas
Trial Court No. MA1340956-C, Honorable Doug Skemp, Presiding**

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

Comes now Appellant and respectfully moves for voluntary dismissal of this appeal pursuant to Tex. R. App. P. 42.2 (a). Appellant hereby withdraws her Notice of Appeal by filing this written withdrawal in duplicate with the clerk of the appellate court. Appellant has personally signed this withdrawal, as required under Rule 42.2 (a).

Respectfully submitted,

DIAZ LAW FIRM, PC
12240 INWOOD RD.,STE 220
DALLAS, TX 75244
Tel: (214) 800-2086
Fax: (972) 330-2449

BY: _____

Manuel Diaz, State Bar No. 24053639
Juan Renteria State Bar No. 24062959
ATTORNEYS FOR DEFENDANT

manuel@diazlf.com
juan@diazlf.com

Karla Mendez

Date: 12/6/14

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document has been hand-delivered to the Dallas County Criminal District Attorney's Office (Appellate Section), 133 N. Riverfront Blvd., 10th Floor, Dallas, Texas 75207 on January 6, 2015,

_____
ATTORNEY